## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GARY TYRONE WRIGHT,                          :
AIS 203169,
                                             :
    Petitioner,
                                             :
vs.                                            CIVIL ACTION  06-0739-WS-C
                                             :
JERRY FERRELL,
                                             :
    Respondent.

## ORDER

After due and proper consideration of all portions of  this file deemed relevant to the

issues raised, and there having been no objections filed, the recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 16, 2007 is **ADOPTED** as the

opinion of this Court.

    **DONE** and **ORDERED** this 12th day of September, 2007.


            s/WILLIAM H. STEELE
            UNITED STATES DISTRICT JUDGE