IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY TYRONE WRIGHT,** **AIS 203169,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-0739-WS-C |
| **JERRY FERRELL,** | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED** as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** and **ORDERED** this 12th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE